Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael E. Lehman, Bar No. 133523
mlehman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:    559.449.4535

Attorneys for all Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| KEVIN CALLAHAN, RICHARD B. FRANCO, NOEL JOHNSON, JORGE FERNANDEZ, TOM REINHART, MANUEL DURAN JR., RALPH SALAZER, PRESTON LITTLE, JASON BOUST, MICHAEL SIMS, ROBERT MILLER, TY TASHIRO, RAMIRO GARZA, ANGELA YAMBUPAH, DANIEL SILVA, FRED SANDERS, STEVEN GAUCIN, GREGORY VELASQUEZ, ABRAHAM RUIZ, JOSE SOTO, BRANDON COLES, REYES CARRILLO, ROBERT THEILE, ERIC GRIJAWA, JEFF BISE, BRAD FUME, ROBERT PALKOWNIK, and KEVIN MCINERNEY,<br><br>             Plaintiffs,<br><br>     v.<br><br>CITY OF SANGER; and DOES 1 THROUGH 10, inclusive,<br><br>             Defendants. | Case No.:  1:14-cv-00600 BAM<br><br>Complaint Filed: April 24, 2014<br><br>**STIPULATION AND ORDER TO FILE AMENDED PLEADINGS** |

IT IS HEREBY STIPULATED by and between the parties herein, by and through their counsel of record, that the parties shall be allowed to amend their respective pleadings without first having to file a motion to amend, as long as the amended pleadings are filed before November 3, 2014.

///

This stipulation shall not affect the rights of any party to file a responsive pleading to any amended pleading filed by the other party or parties.

The time period for any party to file a responsive pleading to any amended pleading filed by the other party shall be dictation by the Federal Rules of Civil Procedure and any local rules in effect at the time such responsive pleading is filed.

Dated: October 31, 2014                    LIEBERT CASSIDY WHITMORE

By: _____/s/_____
Jesse J. Maddox
Michael E. Lehman
Attorneys for all Plaintiffs

Dated: October 31, 2014                    LIEBERT CASSIDY WHITMORE

By: _____/s/_____
Michael A. McGill
Attorneys for all Plaintiffs

**ORDER**

The Court has reviewed the agreement of the parties and adopts the stipulation.

IT IS SO ORDERED.

Dated:   **November 3, 2014**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION TO FILE AMENDED PLEADINGS