1  Jesse J. Maddox, Bar No. 219091
   jmaddox@lcwlegal.com
2  Michael E. Lehman, Bar No. 133523
   mlehman@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  5250 North Palm Ave, Suite 310
   Fresno, California 93704
5  Telephone:    559.256.7800
   Facsimile:    559.449.4535
6
7  Attorneys for Defendant CITY OF SANGER

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

11 KEVIN CALLAHAN, RICHARD B.         Case No.:  1:14-cv-00600 BAM
   FRANCO, NOEL JOHNSON, JORGE
12 FERNANDEZ, TOM REINHART,           **STIPULATION TO CONTINUE HEARING
   MANUEL DURAN JR., RALPH            ON PLAINTIFFS' MOTION FOR PARTIAL
13 SALAZAR, PRESTON LITTLE,           SUMMARY JUDGMENT, OR
   JASON BOUST, MICHAEL SIMS,         ALTERNATIVELY, SUMMARY
14 ROBERT MILLER, TY TASHIRO,         ADJUDICATION OF ISSUES ; ORDER**
   RAMIRO GARZA, ANGELA
15 YAMBUPAH, DANIEL SILVA, FRED
   SANDERS, STEVEN GAUCIN,
16 GREGORY VELASQUEZ, ABRAHAM         Trial Date:              November 17, 2015
   RUIZ, JOSE SOTO, BRANDON
17 COLES, REYES CARRILLO, ROBERT
   THEILE, ERIC GRIJALVA, JEFF BISE,
18 BRAD FUNK, ROBERT PALKOWNIK
   and KEVIN MCINERNEY,
19
                 Plaintiffs,
20
         v.
21
   CITY OF SANGER; and DOES 1
22 THROUGH 10, inclusive,

23               Defendant.

24       IT IS HEREBY STIPULATED by and between the parties herein, by and through their

25 counsel of record, that the hearing on Plaintiffs' Motion for Partial Summary Judgment, or

26 Alternatively, Summary Adjudication of Issues be continued from February 20, 2015 at 9:00 a.m.

27 in Department 8 to February 27, 2015 at 9:00 a.m. in Department 8.

28 ///

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

92563.1

The time period for any party to file a responsive pleading shall be dictated by the Federal Rules of Civil Procedure.

Dated: February 3, 2015                           LIEBERT CASSIDY WHITMORE


                                                  By:  _____/s/ MICHAEL E. LEHMAN_____
                                                       Jesse J. Maddox
                                                       Michael E. Lehman
                                                       Attorneys for Defendant CITY OF
                                                       SANGER


Dated: February 3, 2015                           LIEBERT CASSIDY WHITMORE


                                                  By:  _____/s/ MICHAEL A. MCGILL_____
                                                       Michael A. McGill
                                                       Attorneys for Defendant CITY OF
                                                       SANGER

**ORDER**

IT IS SO ORDERED.

Dated:  **February 4, 2015**               _/s/ Barbara A. McAuliffe_
                                           UNITED STATES MAGISTRATE JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704