Michael A. McGill, SBN 231613
mmcgill@adamsferrone.com
**ADAMS, FERRONE & FERRONE**
4333 Park Terrace Drive, Suite 200
Westlake Village, California 91361
Telephone: (805) 373-5900
Facsimile:  (818) 874-1382

Attorneys for Plaintiffs,
KEVIN CALLAHAN, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CALLAHAN, et al., | Case No.: 1:14-cv-00600 BAM |
| Plaintiffs, | Honorable Barbara A. McAuliffe |
| vs. | **JOINT STIPULATION RE CONTINUANCE OF THE DATE OF BOTH PARTIES' MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON** |
| CITY OF SANGER; and DOES 1 THROUGH 10, inclusive, | New Date:  April 24, 2015<br>Time:           9:00 a.m.<br>Dept.:          8 |
| Defendants. | |

STIPULATION

Plaintiffs, Kevin Callahan, et al. ("Plaintiffs") and City of Sanger ("Defendants") by and through their respective attorneys of record, hereby stipulate as follows:

On February 18, 2015, the Court issued a minute order continuing the parties' cross motions for summary judgment from February 27, 2015 to April 10, 2015 at 9:00 a.m.  Counsel for both parties have conferred and have determined that they are both not available on the assigned date from the Court,  nor the following Friday, April 17, 2015.  Thus, both parties by and through their

_____
**JOINT STIPULATION RE CONTINUANCE OF THE DATE
OF BOTH PARTIES' MOTIONS FOR SUMMARY JUDGMENT**

respective counsel, have agreed, and hereby request, that the Court continue the hearings on the Motions for Summary Judgment continued from April 10, 2015 to April 24, 2015 at 9:00 a.m. in Courtroom 8.

IT IS SO STIPULATED

Dated:  February 19, 2015                    ADAMS FERRONE & FERRONE APC

                                                           _____/s/_____
                                                           Michael A. McGill
                                                           *Attorneys for Plaintiffs*
                                                           KEVIN CALLAHAN, et al.

Dated:  February 19, 2015                    LIEBERT, CASSIDY & WITMORE

                                                           _____/s/_____
                                                           Michael E. Lehman
                                                          *Attorneys for Defendants*
                                                           City of Sanger, et al.

## **ORDER**

     GOOD CAUSE APPEARING, the Court hereby accepts the Stipulation by the Parties and the hearing on the Motions for Summary Judgment is hereby continued to April 24, 2015 at 9:00 a.m. in Courtroom 8.

     IT IS SO ORDERED.

Dated**:   February 25, 2015**                    /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION RE CONTINUANCE THE DATE
OF BOTH PARTIES MOTIONS FOR SUMMARY JUDGMENT**