Michael A. McGill, SBN 231613
mmcgill@adamsferrone.com
**ADAMS, FERRONE & FERRONE**
4333 Park Terrace Drive, Suite 200
Westlake Village, California 91361
Telephone: (805) 373-5900
Facsimile: (818) 874-1382

Attorneys for Plaintiffs,
KEVIN CALLAHAN, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CALLAHAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANGER; and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No.: 1:14-cv-00600 BAM <br><br> Honorable Barbara A. McAuliffe <br><br> **AMENDED JOINT STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER** <br><br> Current Hearing Date <br> Date:   June 11, 2015 <br> Time:  9:00 a.m. <br> Dept.:  8 |

STIPULATION

Plaintiffs, Kevin Callahan, et al. ("Plaintiffs") and City of Sanger ("Defendants") by and through their respective attorneys of record, hereby stipulate as follows:

On May 18, 2015, the Court issued a minute order rescheduling the status conference from May 27, 2015 to June 11, 2015 at 9:30 a.m.  Counsel for Defendant has indicated that he has had two family emergencies that have taken him out of the

---

**AMENDED JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

office the past few weeks, and that will need additional time off to manage. Thus, both parties by and through their respective counsel, have agreed, and hereby request, that the Court continue the Status Conference current set for June 11, 2015 to July 17, 2015 at 11:00 a.m. in Courtroom 8. In addition, the parties will submit their joint status update on July 13, 2015, which is currently scheduled to be filed on June 8, 2015.

IT IS SO STIPULATED

Dated: June 9, 2015                    ADAMS FERRONE & FERRONE APC

                                       /s/ - Michael A. Mcgill
                                       Michael A. McGill
                                       *Attorneys for Plaintiffs*
                                       KEVIN CALLAHAN, et al.

Dated: June 9, 2015                    LIEBERT, CASSIDY & WITMORE

                                       /s/ - Michael E. Lehman
                                       Michael E. Lehman
                                       *Attorneys for Defendants*
                                       City of Sanger, et al.

## **ORDER**

GOOD CAUSE APPEARING, the Court hereby accepts the Stipulation by the Parties and the Status Conference is hereby continued from June 11, 2015 to July 17, 2015 at 11:00 a.m. in Courtroom 8 before Judge McAuliffe.

IT IS SO ORDERED.

Dated**:   June 9, 2015**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE