Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:     559.449.4535

Attorneys for Defendant CITY OF SANGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| KEVIN CALLAHAN, RICHARD B. FRANCO, NOEL JOHNSON, JORGE FERNANDEZ, TOM REINHART, MANUEL DURAN JR., RALPH SALAZAR, PRESTON LITTLE, JASON BOUST, MICHAEL SIMS, ROBERT MILLER, TY TASHIRO, RAMIRO GARZA, ANGELA YAMBUPAH, DANIEL SILVA, FRED SANDERS, STEVEN GAUCIN, GREGORY VELASQUEZ, ABRAHAM RUIZ, JOSE SOTO, BRANDON COLES, REYES CARRILLO, ROBERT THEILE, ERIC GRIJALVA, JEFF BISE, BRAD FUNK, ROBERT PALKOWNIK and KEVIN MCINERNEY,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CITY OF SANGER; and DOES 1 THROUGH 10, inclusive,<br><br>                    Defendant. | Case No.:  1:14-cv-00600 BAM<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** |

   WHEREAS, the above-captioned matter, was settled, except for the attorney's fees and costs, at a mediation before Thomas Simonian, Esq. on September 28, 2015;

   WHEREAS, the parties in the above-captioned matter prepared a settlement agreement pursuant to the above settlement which was signed by all parties;

///

WHEREAS, Counsel for Plaintiffs filed a Motion for Attorney's fees and costs. The Court issued the Order on Attorney's Fees and Costs on March 17, 2016, awarding Plaintiffs the amount of $48,165.00 for attorney's fees and $400.00 for costs;

WHEREAS, the attorney's fees and costs have been paid and Plaintiffs acknowledged receipt of payment of all costs and fees;

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated legal counsel, that the above-captioned action be disposed of all follows:

1. That the Court order that this action be dismissed with prejudice in its entirety as to all parties pursuant to FRCP 41(a)(1)(A)(ii);

2. That Plaintiffs and their counsel of record have received all fees and costs to which they are entitled in this action pursuant to the Court's Order;

3. That the Clerk of the Court enters final judgment dismissing this action with prejudice in its entirety.

Dated: November 16, 2016                    LIEBERT CASSIDY WHITMORE

By: /s/
Jesse J. Maddox
Attorneys for Defendant City of Sanger

Dated: November 16, 2016                    ADAMS, FERRONE & FERRONE

By: /s/
Michael A. McGill
Attorneys for Plaintiffs

**~~PROPOSED~~ ORDER**

The Court has reviewed the Parties' foregoing fully executed stipulation for dismissal. Based upon a review of the record, and good cause appearing, it is hereby ordered that this case be dismissed with prejudice.

IT IS SO ORDERED.

Dated: __November 17, 2016__        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE